LAMSON CONSOLIDATED STORE SERVICE Co., Appellant, *v.*
MICHAEL CONYNGHAM, Respondent.

APPEAL from judgment of a District Court.

*Huntington & Rhinelander*, for appellant.

*Gumbleton & Hottenroth*, for respondent.

*Per Curiam.* As plaintiff's exhibit is not contained in the return, the appeal must be reheard at the Additional General Term of this court to be held December 20, 1894, the return to be amended meanwhile by the addition of said exhibit. *Robinson* v. *Ficken*, handed down herewith.

Present : BISCHOFF and GIEGERICH, JJ.
Reargument ordered; papers to be amended.

---

MATTHEW BAIRD, as Assignee, Respondent, *v.* JOHN SPENCE, Appellant.

APPEAL from judgment of the General Term of the City Court, affirming judgment in favor of plaintiff.

*John Mulholland* (*James Kearney*, of counsel), for appellant.

*J. Woolsey Shepard*, for respondent.

*Per Curiam.* The case was tried by the court without a jury and there are no exceptions to findings of fact or law; there is, therefore, nothing for us to review. This cause was tried and decided before the legislature dispensed with findings in such cases.

Appeal dismissed.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Appeal dismissed.